Kyle Bowen
4536 Bordeaux Ave
Dallas, TX 75205

September 26, 2023

Patrick Staudt
5956 Sherry Lane
Suite 900
Dallas, TX 75225

Dear Pat:

Please be advised that I am resigning from BOKF effective immediately.  I have decided to accept a position with Truist Investment Services, Inc. in their Wealth Division.

My access badge, corporate credit card, computer equipment and any other BOKF property can be found on my desk and an envelope on my office desk.  Finally, I am also leaving a list of my personal items and I will make arrangements to have these items picked up at a mutually agreeable time.  Thank you for your consideration.

Very truly yours,

Kyle Bowen