< Back to Results

⬇ Detailed Report   ✉ Share

# KYLE RAY BOWEN

**CRD#: 4260651**

**B** Broker *Regulated by* **FINRA**

**IA** Investment Adviser ⓘ

**TRUIST INVESTMENT SERVICES, INC.**
CRD#: **17499**
100 CRESCENT CT
FL 10
DALLAS, TX 75201 (+4)

| | |
|---|---|
| **0** Disclosures | **20** Years of Experience  **7** Firms |
| **3** Exams Passed | **43** State Licenses |

## Examination(s)

**State Securities Law Exam**

| B IA | Series 66 - Uniform Combined State Law Examination | Aug 4, 2004 |

**General Industry/Products Exam**

| B | SIE - Securities Industry Essentials Examination | Oct 1, 2018 |
| B | Series 7 - General Securities Representative Examination | Feb 12, 2003 |

Additional information including this individual's professional designations is available in the Detailed Report.

## License(s)

**State Registrations**

| B | Alabama |
| B | Arizona |
| B | Arkansas |
| B | California |
| B | Colorado |
| IA | Colorado |
| B | Connecticut |
| B | District of Columbia |

| B | Missouri |
| B | Montana |
| B | Nevada |
| B | New Hampshire |
| B | New Jersey |
| B | New Mexico |
| B | New York |
| B | North Carolina |

**SRO Registrations**

| B | FINRA |

| | | | |
|---|---|---|---|
| B | Florida | IA | North Dakota |
| B | Georgia | B | Ohio |
| B | Hawaii | B | Oklahoma |
| B | Idaho | IA | Oklahoma |
| B | Illinois | B | Oregon |
| B | Indiana | B | Pennsylvania |
| B | Iowa | B | South Carolina |
| B | Kansas | B | Texas |
| B | Louisiana | IA | Texas |
| B | Maryland | B | Virginia |
| B | Massachusetts | B | Washington |
| B | Michigan | B | Wisconsin |
| B | Minnesota | B | Wyoming |
| B | Mississippi | | |

Not all jurisdictions require IAR registration or may have an exemption from registration.

## Current Registration(s)

**B  TRUIST INVESTMENT SERVICES, INC. (CRD#:17499)**
📌 100 CRESCENT CT FL 10, DALLAS, TX 75201

Registered with this firm since 9/26/2023

**B  BOK FINANCIAL SECURITIES, INC. (CRD#:17530)**
📌 5956 Sherry Lane 9th & 11th Floors, Dallas, TX 75225

Registered with this firm since 4/19/2011

**IA  TRUIST ADVISORY SERVICES, INC. (CRD#:283390)**
📌 100 CRESCENT CT FL 10, DALLAS, TX 75201

Registered with this firm since 9/26/2023

**IA  BOK FINANCIAL PRIVATE WEALTH, INC. (CRD#:106733)**
📌 5956 SHERRY LANE 9TH FLOOR, DALLAS, TX 75225

Registered with this firm since 8/15/2019

**IA  BOK FINANCIAL ADVISORS (CRD#:17530)**
📌 5956 Sherry Lane 9th & 11th Floors, Dallas, TX 75225

Registered with this firm since 4/30/2011

## Previous Registration(s)

| | Name | Location |
|---|---|---|
| IA   01/13/2006 - 04/18/2011 | NEWBRIDGE FINANCIAL SERVICES GROUP, INC. (CRD#:130814) | BOCA RATON, FL |
| B   01/09/2006 - 04/18/2011 | NEWBRIDGE SECURITIES CORPORATION (CRD#:104065) | BOCA RATON, FL |
| IA   08/10/2004 - 01/05/2006 | WACHOVIA SECURITIES, LLC (CRD#:19616) | DELRAY BEACH, FL |
| B   02/14/2003 - 01/05/2006 | WACHOVIA SECURITIES, LLC (CRD#:19616) | DELRAY BEACH, FL |

### Additional Information

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

### B  Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

### IA  Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

### PR  Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

### Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

©2023 FINRA, All Rights Reserved
FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy | Legal