

Wealth

Truist Investment Services, Inc
2001 Ross Avenue
Dallas, TX 75201
Tel: 213-880-5873

J Troy Schliermeyer
Managing Director
District Manager

9/26/2023

I am very pleased to announce that Kyle Bowen has joined Truist Investment Services, Inc. as a Financial Advisor in the Private Client Group.

I am enclosing an educational piece provided by FINRA for your information. Should you have any questions, please feel free to contact me. I can be reached at the above referenced numbers.

Sincerely,

J Troy Schliermeyer
Managing Director, District Manager

# We are pleased to announce

**Kyle Bowen has accepted the position of Financial Advisor.**

new contact information is:



Kyle Bowen
Financial Advisor
Managing Director
Truist Investment Services, Inc.
100 Crescent Court
Suite 1000
Dallas, TX 75201
Office: 214-234-7723 Cell: 561-305-5953
kyle.bowen@truist.com

## Truist Investment Services, Inc.

Truist.com/wealth

### Investment and Insurance Products:
- Are not FDIC or any other Government Agency Insured • Are not Bank Guaranteed • May Lose Value

Kyle Bowen is a registered representative of Truist Investment Services, Inc. and Investment Adviser Representative, Truist Advisory Services, Inc. Truist Wealth is a name used by Truist Financial Corporation. Banking products and services, including loans, deposit accounts, trust and investment management services provided by Truist Bank, Member FDIC. Securities, brokerage accounts, insurance/annuities offered by Truist Investment Services, Inc. member FINRA, SIPC, and a licensed insurance agency where applicable. Life insurance products offered by referral to Truist Insurance Holdings, Inc. and affiliates. Investment advisory services offered by Truist Advisory Services, Inc., Sterling Capital Management, LLC, and affiliated SEC registered investment advisers. Sterling Capital Funds advised by Sterling Capital Management, LLC.

© 2023 Truist Financial Corporation. Truist, the Truist logo and Truist purple are service marks of Truist Financial Corporation. TRU-NH-D- 05/21

KYLE BOWEN
KYLE BOWEN
100 CRESCENT COURT
DALLAS TX 75201

1.0 LBS LTR     1 OF 1

9/26/23, 10:33 AM

SHIP TO:

## UPS NEXT DAY AIR  1

BILLING: P/P

Reference No.1: 1616234

XOL 22.09.06    WW0.39.0A 09/2022*



PLANO TX 75024

P:BRN222:222TR :2S

0403--1079

SAT08486 XLE_00-1 Sep 27 06:23:19 2025
US 7521 HIPPS 23 6 0 SATOLR