

C. Rochelle Moorehead
Senior Vice President
Senior Associate General Counsel
214 North Tryon Street
Charlotte, NC 28202
(704) 521-7621
c.rochelle.moorehead@truist.com

October 3, 2023

<u>Via email: noneill@fdlaw.com</u>

Nora Rose O'Neill
FDLaw
Old City Hall
124 East Fourth Street
Tulsa, OK 74103

Re: Truist/Kyle Bowen

Dear Ms. O'Neill:

Your recent letters addressed to Truist Investment Services, Inc regarding the post-employment continuing obligations of Mr. Kyle Bowen have been forwarded to me for response.

Mr. Bowen's manager has spoken with him regarding post-employment obligations to BOK Financial Corporation that are referenced in your letter, as well as Truist policy against bringing another company's trade secrets or confidential information to Truist or using it in the course of employment with Truist. Mr. Bowen has assured management that he has neither taken BOK confidential/trade secret information nor has he brought or used any such materials in his Truist employment.

Mr. Bowen has not solicited BOK customers. Rather, as is evident from the announcement card that was attached as an exhibit to your letter, mailers have been sent simply notifying of Mr. Bowen's new employment with Truist. Information for mailing was generated through independent publicly available information, as is our standard process with non-Protocol hires such as this. In fact, we would appreciate if you could remind those at BOK of their obligations under FINRA Reg. Notice 19-10, including their obligation to provide Mr. Bowen's new contact information when clients inquire.

Sincerely,

/s/ *C. Rochelle Moorehead*

C. Rochelle Moorehead

| | |
|---|---|
| **From:** | kyle Bowen |
| **To:** | Dudley, Renee |
| **Cc:** | O"Neill, Nora |
| **Subject:** | Re: Kyle Bowen Transition from BOK Financial Corporation - Reminder of Employment Obligations |
| **Date:** | Tuesday, October 3, 2023 5:18:14 PM |
| **Attachments:** | 2023-09-29 Ltr to Kyle Bowen.pdf |

Ms. O'Neill,

I received your letter dated September 29, 2023, requesting a sworn and notarized affidavit by today, two business days after the date of your letter.

May I please have an extension of time to respond?  I am working to retain counsel

Thank you
Kyle Bowen

Sent from my iPhone

> On Sep 29, 2023, at 1:17 PM, Dudley, Renee <rdudley@fdlaw.com> wrote:
>
>
> Mr. Bowen,
>
> Per the request of Ms. Nora O'Neill, please see the attached letter.
> Please direct all future inquiries to Ms. O'Neill.
>
> Thank you!
>
>
> Renee' Dudley – Office Manager
>
> **FDLaw®**

> Frederic Dorwart, Lawyers PLLC
> 124 East Fourth Street
> Tulsa, Oklahoma 74103
> Tel (918) 583-9922  •  Cell (918) 695-6966
> rdudley@fdlaw.com  •  www.fdlaw.com
>
> This transmission is confidential.  If you are not the intended recipient, you may not use or disclose it.  If you have received this transmission in error, please notify the sender.  No statement in this message (or an attachment) is intended to represent a legal opinion, and no such statement should be relied upon without requesting and obtaining from the sender confirmation in a manually signed writing.  This communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.