# JOB DESCRIPTION



| JOB TITLE: **Private Wealth Advisor** | | |
|---|---|---|
| JOB CODE: **82568** | GRADE: **ES4** | FLSA: **Exempt** |
| EFFECTIVE DATE: **February 2021** | LAST MODIFIED DATE: **November 2022** | |
| INCENTIVE PLAN TYPE: **Formulaic** | INCENTIVE PLAN CODE: **WM210P** | |

**JOB DESCRIPTION SUMMARY**

The **Private Wealth Advisor** is primarily responsible for developing, maintaining, and expanding relationships with high net worth individuals, families, trusts, family companies and similar entities. The Advisor is responsible for managing client relationships including ongoing financial planning (as agreed upon with each client), education, and coaching with a focus on achieving the client's long-term financial goals. Advisor monitors client activity and provides input to the investment analysts responsible for portfolio and asset allocation to achieve the client's investment objectives. The Advisor is also responsible for identifying and developing business opportunities through existing clients, professional referral sources, and networking within the community.

**ESSENTIAL DUTIES**

*To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals to perform the essential functions.*

*List 5-7 essential tasks/functions that are critical to successful performance of the job.*

- Develops, maintains, and expands client relationships.  Helps manage and monitor client portfolios; performs investment analysis and financial planning as necessary to ensure client assets are managed consistent with their investment objectives.
- Meets with clients and prospects to educate them on BOKF's investment approach and philosophy.   Conducts client analysis to determine goals, needs and investment objectives. Makes recommendations on managed accounts to fulfill client objectives.
- Professionally represents BOKF to ensure compliance with its regulatory, legal and fiduciary requirements.  Conducts business within the guidelines established by regulatory agencies and internal policies, including: attending investment management committee meetings; completing firm-required training sessions; complying with marketing requirements, and notifying the chief compliance officer of any client complaint or regulatory inquiry.
- Develops marketing and new business development strategies to meet personal strengths.
- May perform other duties as assigned.

**EDUCATION & EXPERIENCE REQUIREMENTS**

This level of knowledge is normally acquired through completion of a bachelors and 5 – 7 years of experience or an advanced post-graduate degree and/or professional certification (JD, CPA, CFA, CFP, etc.), and 3 - 5 years of equivalent work experience.

**SKILLS:**

- Experience in an investment advisory firm environment with significant background in investment strategy, portfolio design and modern portfolio theory.
- Highly professional appearance.
- Excellent verbal and written communication skills.
- Highly organized individual with the ability to work in a fast-paced, team environment.
- Self-directed and self-motivated individual.



- Good knowledge of Microsoft Office; experience with portfolio accounting systems, CRMs and trade rebalancing software.
- May carry FINRA licensure.

## WORKING CONDITIONS AND PHYSICAL REQUIREMENTS

*The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.*

**OFFICE OCCASIONAL TRAVEL:** Usual office environment with frequent sitting, walking, and standing. Frequent use of eye, hand, and finger coordination enabling the use of office machinery. Oral and auditory capacity enabling interpersonal communication as well as communication through automated devices such as the telephone. Work requires travel at least 20% of the time outside normal bank office conditions by automobile or plane to other offices, client sites, or branch locations, etc. Occasional overnight travel may be required.

## WORKING RELATIONSHIPS/CONTACTS

*Positions, other than supervisor and immediate co-workers, with which incumbent has frequent contact and the reason for contact.*

**Internal:** Regular contact with Operations and other company personnel, including senior management; regular contact with other company officers.

**External:** Regular contact with clients, attorneys, tax and other consultants

**Supervision of others:** None.

## FINANCIAL ACCOUNTABILITY

*Budget/asset amount managed, revenues/profits produced, and/or other financial resources incumbent is accountable for. Also indicates judgment/decision making level.*

Client Accounts.

## DISCLAIMER

*The above statements are intended to describe the essential function of the job being performed by employees assigned to this classification.*

*The duties listed are not to be construed as an exhaustive list of all responsibilities, duties, and skills required of employees so classified. All employees may be required to perform duties outside of their normal responsibilities from time to time, as needed. With the evolution of the Company and this role, the responsibilities of this position may change at any time.*