**Questionnaire Responses | Date: 10/4/2023**

| First Name | Last Name | Survey Name | Category | Status |
|---|---|---|---|---|
| Kyle | Bowen | 2022 Annual Compliance Questionnaire | Annual Compliance Questionnaire | Complete |

| Date Modified | Date Completed | | |
|---|---|---|---|
| | 6/2/2022 11:47:35 AM | | |

**Questions/Responses**

■ ███████████████████████████████████████████████
███████████████████████████

■

■ ███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████

■

■ ███████████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████

■

■ ███████████████████████████████████████████████
███████████████████████████

■

■ ███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████

■

■ ███████████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████████
███████████████████

■

■ ███████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

| | |
|---|---|
| 45 | I am aware that information I obtain and material and/or applications I develop in the course of my employment are proprietary property of my employer and cannot be used to my advantage, nor taken with me, should I change employers. |
| | Yes |
| ■ | ■ |
| | ■ |
| ■ | ■ |
| | ■ |
| ■ | ■ |
| | ■ |
| ■ | ■ |
| | ■ |
| 50 | I certify that I have received a copy of the BOKFS Written Supervisory Procedures, BOKFA Policy Manual, and/or Bank Dealer policy manual, as applicable, that I have read and understood the requirements, and that I am in compliance with the requirements. |
| | Yes |
| ■ | ■ |
| | ■ |